# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

MICHAEL B. CUPIT                                                           PLAINTIFF

V.                                                    CIVIL ACTION NO. 3:04cv407-HTW-JCS

ALLEN, ALLEN & BOUTWELL
LAW FIRM, ET AL.                                                         DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the motion of the defendants to dismiss [**Docket No. 14-1**], and for

good cause shown, namely the full and final settlement of this dispute in the United

States Bankruptcy Court for the Eastern District of Louisiana, this case is fully and

finally dismissed.

**SO ORDERED, this the 7th day of December, 2005.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**